UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INFOSTREAM GROUP, INC. d/b/a SeekingArrangment.com and WhatsYourPrice.com, a Nevada corporation, and Lead Wey, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>PAYPAL, INC., a Delaware Corporation,<br><br>Defendant. | CASE NO. 5:12-CV-00748-~~KRL~~ SI<br><br>[~~PROPOSED~~] ORDER JOINT STIPULATION TO EXTEND TIME TO AMEND COMPLAINT |

[PROPOSED] ORDER

1  **[PROPOSED] ORDER**

2      This matter came before the undersigned on the Joint Stipulation to Extend Time to

3  Amend Complaint.  Having read and considered the joint stipulation, the Court finds that there is

4  good cause to extend Plaintiffs' time to amend the complaint and taking Paypal's Motion to

5  Dismiss off-calendar.

6      THEREFORE, IT IS HEREBY ORDERED THAT:

7  • With Respect to Plaintiffs' time to amend the complaint, the date of amendment is

8      extended from March 29, 2012 to April 19, 2012;

9  • With respect to Defendant's Motion to dismiss, the motion is ta~~ken off-calendar.~~ withdrawn

11 IT IS SO ORDERED.

13 Dated:  3/30/12

15 _____

16 The Honorable Judge Susan Illston
    U.S. District Judge