1 | Mark L. Smith (Bar No. 213829)
    msmith@bakermarquart.com
2 | Christian Anstett (Bar No. 240179)
    canstett@bakermarquart.com
3 | BAKER MARQUART LLP
    10990 Wilshire Blvd., Fourth Floor
4 | Los Angeles, California 90024
    Telephone:   (424) 652-7800
5 | Facsimile:   (424) 652-7850

6
   **DYKEMA GOSSETT LLP**
7 | J. Kevin Snyder, SBN: 107509
    *ksnyder@dykema.com*
8 | Vivian I. Kim, SBN: 272185
    *vkim@dykema.com*
9 | 333 South Grand Avenue, Suite 2100
    Los Angeles, California 90071
10 | Telephone:   (213) 457-1800
     Facsimile:   (213) 457-1850

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INFOSTREAM GROUP, INC. d/b/a SeekingArrangment.com and WhatsYourPrice.com, a Nevada corporation, and Lead Wey, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>PAYPAL, INC., a Delaware Corporation,<br><br>Defendant. | CASE NO. 5:12-CV-00748-SI<br><br>**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>IT IS SO ORDERED<br><br>*(signed)* Judge Susan Illston |

---

JOINT STIPULATION RE: TIME TO RESPOND TO FIRST AMENDED COMPLAINT

## STIPULATION

WHEREAS, Plaintiffs Infostream Group, Inc. d/b/a SeekingArrangement.com and WhatsYourPrice.com ("Infostream") and Lead Wey ("Wey") (together "Plaintiffs") served the First Amended Complaint in this action on Defendant Paypal, Inc. ("Paypal") on April 26, 2012;

WHEREAS, PayPal's last day to respond to the First Amended Complaint is presently set for May 17, 2012;

WHEREAS, the parties have met and conferred and jointly agreed to extend the time to respond to the First Amended Complaint by seven (7) days to May 24, 2012;

IT IS HEREBY STIPULATED, by and between the parties to this action and through their counsel of record, that PayPal has an additional seven (7) day period of time to respond to Plaintiffs' First Amended Complaint, so that the response is due on or before May 24, 2012.

DATED: May 16, 2012           BAKER MARQUART LLP

                              By_____
                              Mark L. Smith
                              Attorneys for Plaintiffs

DATED: May 16, 2012           DYKEMA GOSSETT LLP

                              By_____
                              J. Kevin Synder
                              Attorneys for Defendant Paypal, Inc.

PAS01\329808.2
ID\VIK - 106832/0014

- 1 -
JOINT STIPULATION RE: TIME TO RESPOND TO FIRST AMENDED COMPLAINT

## PROOF OF SERVICE

I am over the age of 18 and not a party to the within action. I am employed in the County of Los Angeles, State of California by Dykema Gossett LLP. My business address is 333 South Grand Avenue, Suite 2100, Los Angeles, California 90071.

On **May 16, 2012**, I served the foregoing document described as JOINT STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT on all interested parties in this action by transmission of a true copy thereof addressed as follows:

| | |
|---|---|
| Christian A. Anstett, Esq.<br>Mark L. Smith, Esq.<br>BAKER & MARQUART LLP<br>10990 Wilshire Blvd., Fourth Floor<br>Los Angeles, CA 90024<br><br>Email: canstett@bakermarquart.com<br>msmith@bakermarquart.com | Attorneys for *INFOSTREAM GROUP, INC., d/b/a SeekingArrangement.com and WhatsYourPrice.com, a Nevada corporation, and Lead Wey, an individual*<br>T/ (424) 652-7800<br>F/ (424) 652-7850 |

☒ **BY ELECTRONIC SERVICE**: By E-filing and transmission of the above-listed document on all parties via the CM/ECF system with the U.S. District Court, Eastern District of California.

☒ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **May 16, 2012**, at Los Angeles, California.

/s/ Karen Forrand

PAS01\330300.1
ID\VIK - 106832/0014