1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11 INFOSTREAM GROUP, INC. d/b/a<br>SeekingArrangment.com and<br>12 WhatsYourPrice.com, a Nevada corporation,<br>and Lead Wey, an individual,<br>13<br>Plaintiffs,<br>14<br>v.<br>15<br>PAYPAL, INC., a Delaware Corporation,<br>16<br>Defendant.<br>17 | CASE NO. 5:12-CV-00748-SI<br><br>[~~PROPOSED~~] ORDER RE JOINT<br>STIPULATION TO EXTEND TIME TO<br>CONTINUE HEARING ON MOTION TO<br>DISMISS AND CASE MANAGEMENT<br>CONFERENCE |

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER**

This matter came before the undersigned on the Joint Stipulation to Continue Hearing on Motion to Dismiss and Case Management Conference.  Having read and considered the joint stipulation, the Court finds that there is good cause to continue the Hearing and the Case Management Conference.

THEREFORE, IT IS HEREBY ORDERED THAT:

- The hearing on PayPal's Motion to Dismiss is continued to August 31, 2012 at 9:00 a.m.; and

- The Case Management Conference is continued to August 31, 2012 at 3:00 p.m.

IT IS SO ORDERED.

Dated:    7/24/12

_Susan Illston_

The Honorable Judge Susan Illston
U.S. District Judge

- 1 -

[PROPOSED] ORDER

## PROOF OF SERVICE

I am over the age of 18 and not a party to the within action. I am employed in the County of Los Angeles, State of California by Dykema Gossett LLP. My business address is 333 South Grand Avenue, Suite 2100, Los Angeles, California 90071.

On **July 20, 2012**, I served the foregoing document described as **[PROPOSED ORDER RE JOINT STIPULATION TO EXTEND TIME TO CONTINUE HEARING ON MOTION TO DISMISS AND CASE MANAGEMENT CONFERENCE** on all interested parties in this action by:

☒ **BY ELECTRONIC SERVICE**: By E-filing and transmission of the above-listed document on all parties via the CM/ECF system with the U.S. District Court, Northern District of California

addressed as follows:

| | |
|---|---|
| Christian A. Anstett, Esq.<br>Mark L. Smith, Esq.<br>BAKER & MARQUART LLP<br>10990 Wilshire Blvd., Fourth Floor<br>Los Angeles, CA 90024<br><br>Email: canstett@bakermarquart.com<br>         msmith@bakermarquart.com | Attorneys for *INFOSTREAM GROUP, INC., d/b/a SeekingArrangement.com and WhatsYourPrice.com, a Nevada corporation, and Lead Wey, an individual*<br>T/ (424) 652-7800<br>F/ (424) 652-7850 |

☒ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **July 20, 2012**, at Los Angeles, California.

/s/  Karen Forrand

PAS01\370710.1
ID\VIK - 106832/0014

DYKEMA GOSSETT LLP
333 SOUTH GRAND AVENUE
SUITE 2100
LOS ANGELES, CALIFORNIA 90071

1

CASE NO. 3:12-CV-00748-SI
PROOF OF SERVICE