# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

**United States District Court**
For the Northern District of California

| | |
|---|---|
| INFOSTREAM GROUP, INC., ET AL., | No. C 12-00748 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| PAYPAL, INC., | |
| Defendant. / | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: February 22, 2013 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is June 28, 2013.

DESIGNATION OF EXPERTS: 5/6/13 ; REBUTTAL: 6/3/13.
          Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is 6/28/13.

DISPOSITIVE MOTIONS **SHALL** be filed by July 12, 2013;

          Opp. Due July 26, 2013;  Reply Due August 2, 2013;

           and set for hearing no later than August 16, 2013 at 9:00 AM.

PRETRIAL CONFERENCE DATE: October 8, 2013 at 3:30 PM.

JURY TRIAL DATE: October 21, 2013 at 8:30 AM.,
          Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be  days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
By November 19, 2012, counsel shall inform the Court of the name of the mediator they have selected.

The parties shall complete private mediation by the end of January 2013.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 11/13/12

_____
SUSAN ILLSTON
United States District Judge