Mark L. Smith (Bar No. 213829)
mls@clydesnow.com
**CLYDE SNOW & SESSIONS**
10990 Wilshire Boulevard, Fourth Floor
Los Angeles, California 90024
Telephone: (424) 672-4815
Facsimile: (424) 672-4816

Attorneys for Plaintiffs
InfoStream Group, Inc. d/b/a SeekingArrangement.com and
WhatsYourPrice.com, and Lead Wey

J. Kevin Snyder, (Bar No. 107509)
ksnyder@dykema.com
Vivian I. Kim, (Bar No. 272185)
vkim@dykema.com
**DYKEMA GOSSETT LLP**
333 South Grand Avenue, Suite 2100
Los Angeles, California 90071
Telephone: (213) 457-1800
Facsimile: (213) 457-1850

Attorneys for Defendant
PAYPAL, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INFOSTREAM GROUP, INC. d/b/a SeekingArrangement.com and WhatsYourPrice.com, a Nevada corporation, and Lead Wey, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>PAYPAL, INC. a Delaware Corporation,<br><br>Defendant. | Case No. 3:12-CV-00748-SI<br><br>**JOINT STIPULATION TO EXTEND TIME FOR PARTIES TO MEDIATE AND [PROPOSED] ORDER**<br><br>**FOR:** Hon. Susan Illston<br><br>**LOCATION:** Courtroom 10, 19th Floor |

## STIPULATION

WHEREAS, the parties in the above captioned matter ("Parties") agreed to mediate and report back to the court for the February 22, 2013 further case management conference;

WHEREAS, the Parties have engaged in settlement discussions on their own and are optimistic that an agreement can be reached without the additional cost of mediation, which, if incurred, could disrupt existing settlement negotiations;

NOW THEREFORE, the undersigned Parties, by and through their counsel of record, stipulate and agree as follows:

1. That they be granted through February 28, 2013 to complete mediation; and
2. That the February 22, 2013 further case management conference be continued to a date and time after February 28, 2013 that is convenient to the Court.

DATED: January 23, 2013         CLYDE SNOW & SESSIONS


                                /s/ Mark L. Smith
                                Mark L. Smith
                                Attorney for Plaintiffs


DATED: January 23, 2013         DYKEMA GOSSETT LLP

                                By permission:


                                /s/ Vivian I. Kim
                                J. Kevin Synder
                                Vivian I. Kim
                                Attorneys for Defendant

## ORDER

GOOD CAUSE APPEARING, the Court hereby approves this Stipulation and orders as follows:

1. That the Parties be granted through February 28, 2013 to complete mediation; and
2. That the February 22, 2013 further case management conference be continued to _____3/29_____, 2013. 3 p.m.

IT IS SO ORDERED.

DATED: January __24__, 2013

BY THE COURT

By: _____
THE HONORABLE UNITED STATES DISTRICT COURT JUDGE SUSAN J. ILLSTON

## PROOF OF SERVICE

I hereby certify that on the 24th day of January, 2013, I caused a true copy of the foregoing **JOINT STIPULATION TO EXTEND TIME FOR PARTIES TO MEDIATE AND [PROPOSED] ORDER** to be filed via the CM/ECF system with the U.S. District Court, Northern District of California, which caused the foregoing to be served upon the following:

J. Kevin Snyder, (Bar No. 107509)
ksnyder@dykema.com
Vivian I. Kim, (Bar No. 272185)
vkim@dykema.com
**DYKEMA GOSSETT LLP**
333 South Grand Avenue, Suite 2100
Los Angeles, California 90071

/s/ Jamie Gerber