UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INFOSTREAM GROUP, INC., et al., <br><br>   Plaintiffs, <br><br>   v. <br><br> PAYPAL, INC., <br><br>   Defendant. | Case No. 12-cv-00748-JST <br><br> **ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO FILE JOINT PRETRIAL STATEMENT** |

**NOTICE TO ALL PARTIES OF ORDER TO SHOW CAUSE WHY THE COURT SHOULD NOT IMPOSE SANCTIONS:**

On April 3, 2013, this Court held an initial case management conference in this action and set a case scheduling order that includes a pretrial conference on November 8, 2013, at 2:00 p.m. ECF No. 58. Trial is scheduled to begin on November 18, 2013, at 8:30 a.m.

This Court held a case management conference on October 10, 2013, during which the parties informed the Court that they are in the process of working on a settlement agreement. The Court maintained all existing deadlines, including the pretrial conference scheduled for November 8, 2013. ECF No. 60. The Plaintiffs have not filed a notice of settlement or otherwise moved to continue or vacate any deadline.

Section B of this Court's standing order for civil jury trials, available at cand.uscourts.gov/jstorders, required the parties to file a joint pretrial statement and proposed order no later than ten days prior to the pretrial conference, which in this case means by October 29, 2013. The parties did not file a pretrial statement.

The parties shall file their joint pretrial statement and proposed order forthwith.

The parties are also hereby ORDERED TO SHOW CAUSE why the Court should not

1 impose monetary sanctions, dismiss this action, or impose other sanctions, for failure to comply
2 with a court order, pursuant to Federal Rule of Civil Procedure 41(b). See Yourish v. California
3 Amplifier, 191 F.3d 983, 986 (9th Cir. 1999).

4 A response to the Order to Show Cause must be filed with seven days of this Order.

5 Failure to respond to this Order will constitute an additional ground for the imposition of
6 appropriate sanctions, including involuntarily dismissal with prejudice.

7 **IT IS SO ORDERED.**

8 Dated: October 30, 2013

_____
JON S. TIGAR
United States District Judge